UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE RENEWABLES US LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-04776<br><br>Related to Civil Action No. 1:26-cv-04014-JSR |

**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Hornbeck Offshore Operators, LLC (a private non-governmental party or intervenor) certifies the following:

Hornbeck Offshore Operators, LLC is a wholly owned subsidiary of Hornbeck Offshore Services, Inc. ("HOSI"). HOSI is owned in part by ASOF HOS AIV 2 LP and ASSF IV HOS AIV 1 LP, which are themselves indirectly controlled by Ares Management Corporation, a publicly traded entity (NYSE: Ares). HOSI is further owned by Whitebox Multi-Strategy Partners LP, which is owned by Whitebox Advisors, LLC which is in turn owned by Robert Vogel, Jacob Mercer, Nick Stukas, Brian Lutz, Paul Roos and Blue Owl GP Stakes II (A) LP. Blue Owl GP Stakes II (A) LP is owned by Blue Owl Capital, Inc., a publicly traded entity (NYSE: OWL). HOSI is further owned in part by Highbridge Capital Management, LLC, a subsidiary of JP Morgan Asset Management Holdings, Inc. which is a subsidiary of JPMorgan Chase & Co., a publicly traded entity (NYSE: JPM). No other entities or individuals own more than 10% of HOSI.

Jurisdiction is not based on diversity of citizenship under 28 U.S.C. § 1332(a).

Dated: June 05, 2026

Respectfully submitted,

*/s/ Matthew Tripolitsiotis*

Matthew Tripolitsiotis (MT9413)
BURNS CHAREST LLP
757 Third Ave, 20th Floor
New York, New York 10017
Tel.: (469) 895-5269
Fax: (469) 444-5002
mtripolitsiotis@burnscharest.com

Daniel H. Charest (*pro hac vice* applicant)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel.: (469) 904-4550
Fax: (469) 444-5002
dcharest@burnscharest.com

Claire B. Curwick (*pro hac vice* applicant)
Lauren M. Perry (*pro hac vice* applicant)
BURNS CHAREST LLP
201 St. Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
Tel.: (504) 799-2845
Fax: (504) 881-1765
ccurwick@burnscharest.com
lperry@burnscharest.com

Counsel for Hornbeck Offshore Operators, LLC