**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE RENEWABLES US LLC,<br><br>Defendant. | Civil Action No. 1:26-cv-04776<br><br>Related to Civil Action No. 1:26-CV-04014-JSR |

**RULE 7.1 STATEMENT FOR GE RENEWABLES US LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for GE Renewables US LLC ("GERE"), a private non-governmental party, certifies the following:

1. GE Renewables US LLC is jointly owned 50.01% by GE Steam Power, Inc. and 49.99% by Renewables Alliance US Holdings Inc.

2. No other publicly held corporation has a 10% or greater ownership interest in GE Renewables US LLC.

Dated: June 18, 2026

Respectfully Submitted,

**WINSTON TAYLOR LLP**

By: *<u>/s/ Aldo A. Badini</u>*
Aldo A. Badini
200 Park Avenue
New York, NY 10166-4193
Aldo.Badini@winstontaylor.com

**MILLS BLACK LLP**

Thomas L. Mills
H. Allen Black
1215 19th Street, NW
Washington, DC 20036
Tmills@millsblack.com
hablack@millsblack.com

*Counsel to Defendant*