UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE RENEWABLES US LLC,<br><br>Defendant. | 26-cv-4776 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

In accordance with the in-court hearing held on September 25, 2026, and the subsequent modifications submitted by the parties, the Court grants Defendant GE Renewable's ("GERE") modified motion to compel production of the following documents: All documents identifying the costs associated with the operation of the Vessel when it is on a charter during 2026, and documents identifying the costs of operating the Vessel when it is not on a charter during such period. Additionally, the Court grants Plaintiff Hornbeck Offshore's modified motion to compel production of the following documents: All solicitations, bids, offers, negotiation communications (internal and external), and finalized charter party stemming from GERE's efforts to hire the Replacement Vessel for the Vineyard Wind 1 project. In all other respects, the motions to compel, both as originally stated and as modified, are denied.

SO ORDERED.

Dated: New York, NY
September 25, 2026

JED S. RAKOFF, U.S.D.J.