**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE RENEWABLES US LLC,<br><br>Defendant. | Civil Action No. 26-cv-04776 (JSR) |

**DEFENDANT GE RENEWABLES US LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts Of New York, Section 2 of this Court's Individual Rules of Practice, and this Court's Civil Case Management Plan (ECF 10), modified as set out in the Minute Entry of October 15, 2026, Defendant GE Renewables US LLC ("GERE") by its undersigned counsel, hereby moves this Court, before the Honorable Jed S. Rakoff, for an order granting summary judgment for GERE.

This Court should grant summary judgment because the matter presents no genuine issue of material facts. The documents and statements of Plaintiff Hornbeck Offshore Operators, LLC ("Hornbeck") contradict the allegations of Plaintiff's Complaint and demonstrate that GERE and Hornbeck did not form a binding charter contract as alleged, and Defendant GERE is entitled to judgment as a matter of law.

A Memorandum of Law in Support of GERE's Motion for Summary Judgment, a Statement of Undisputed Material Facts ("SOF") pursuant to , and the Declaration of Kathryn L. Fitzgerald accompanied by supporting documents, are filed herewith.

In accordance with Civil Case Management Plan, modified as set out in the Minute Entry of October 15, 2026, oral argument on this Motion for Summary Judgment has been set by the Court for Monday, December 7, 2026 at 2:00 PM, in Courtroom 14B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312.

Dated: November 4, 2026

Respectfully Submitted,

**MILLS BLACK LLP**

By: *_/s/ H. Allen Black_*

H. Allen Black
Peter F. Black
Kathryn L. Fitzgerald
1215 19th Street, NW
Washington, DC 20036
hablack@millsblack.com
pblack@millsblack.com
kfitzgerald@millsblack.com

**WINSTON TAYLOR LLP**

By: *_/s/ Aldo A. Badini_*

Aldo A. Badini
200 Park Avenue
New York, NY 10166-4193
aldo.badini@winstontaylor.com

*Counsel to GE Renewables US LLC*