**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HORNBECK OFFSHORE OPERATORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE RENEWABLES US LLC,<br><br>Defendant. | Civil Action No. 1:26-CV-04776 |

**NOTICE OF MOTION IN LIMINE OF GE RENEWABLES US LLC**
**TO EXCLUDE THE TESTIMONY OF EARL H. BURNS, JR.**
**AS AN EXPERT WITNESS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of H. Allen Black and the exhibits annexed thereto, and all pleadings and proceedings herein, Defendant GE Renewables US LLC ("GERE") moves this Court for an order pursuant to Federal Rule of Evidence 104(a) and 702 excluding the testimony of Plaintiff's proposed expert witness Earl H. Burns, Jr. in its entirety, striking his report, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that GERE has also this date moved this Court for an order of summary judgment, which may render this Motion in Limine moot, except to the extent that Plaintiff Hornbeck Offshore Operators, LLC may seek to rely upon any testimony by Mr. Burns in its opposition to the Motion for Summary Judgment.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, shall be served and filed on or before November 18, 2026, and reply papers, if any,

shall be served and filed on or before November 25, 2026, unless the Court directs otherwise. Oral argument will be held at such date and time as the Court may direct.

Dated: November 4, 2026

Respectfully Submitted,

**MILLS BLACK LLP**

By: */s/ H. Allen Black*

H. Allen Black
Peter F. Black
Kathryn L. Fitzgerald
1215 19th Street, NW
Washington, DC 20036
hablack@millsblack.com
pblack@millsblack.com
kfitzgerald@millsblack.com

**WINSTON TAYLOR LLP**

Aldo A. Badini
200 Park Avenue
New York, NY 10166-4193
aldo.badini@winstontaylor.com

*Counsel to GE Renewables US LLC*